UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                :
DAVID L. LEGETTE,               :
                                :
        Plaintiff,              :   Civ. No. 18-11457 (NLH) (KMW)
                                :
   v.                           :   MEMORANDUM OPINION
                                :
WARDEN D.O.E., et al.,          :
                                :
        Defendants.             :
_____:

   It appearing that:

   1.  Plaintiff David L. Legette, filed a complaint seeking relief pursuant to 42 U.S.C. § 1983.  ECF No. 1.

   2.  Recent correspondence from the Court permitting Plaintiff to proceed in forma pauperis has been returned as undeliverable, with a note that Plaintiff has been "released." See ECF No. 6.

   3.  Plaintiff has not communicated with the Court regarding a change of address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

   4.  Based on Plaintiff's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter.  If Plaintiff updates

his address and otherwise satisfies all appropriate Rules, the Court will re-open this action.

    5. An appropriate order follows.

Dated: September 28, 2018      s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.